Argued October 29, affirmed November 5, 1971

## STATE OF OREGON, *Respondent, v.* EDWARD ALAN DUNCAN (No. 13-704), *Appellant.*

489 P2d 1153

*Robert L. McKee,* Portland, argued the cause for appellant. On the brief were Allen L. Fallgren, and McKee and Fallgren, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Hammick,* 2 Or App 470, 469 P2d 800 (1970).